UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANTEL EVANS | CIVIL ACTION |
| VERSUS | No. 17-3749 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "J"(3) |

### ORDER

Having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 22)**, Plaintiff's Motion for Leave to Supplement the Record **(Rec. Doc. 13)**, the Parties' Cross-Motions for Summary Judgment **(Rec. Docs. 17, 18)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, the Court hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** the it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's *Motion for Leave to Supplement the Record* **(Rec. Doc. 13)** is **DENIED.**

**IT IS FURTHER ORDERED** that that the Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 17)** is **DENIED** and the Social Security Administration's *Motion for Summary Judgment* **(Rec. Doc. 18)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against the Social Security Administration are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 15th day of February, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE